IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROMERO ALI**  **PETITIONER**
Reg #22079-043

v. Case No. 2:22-cv-00164 KGB

**JOHN P. YATES, Warden,**  **RESPONDENT**
FCI-Forrest City

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Jerome T. Kearney (Dkt. No. 11). Petitioner Romero Ali has not filed any objections, and the time for doing so has passed. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 11). The Court dismisses Mr. Ali's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (Dkt. No. 1). The Court dismisses without prejudice Mr. Ali's claims regarding First Step Act time credits for failure to exhaust administrative remedies. The Court dismisses with prejudice Mr. Ali's claims regarding credit towards his sentence for time Mr. Ali was on pre-trial release on home detention with electronic monitoring. All requested relief is denied.

It is so ordered this 10th day of October, 2023.

Kristine G. Baker
United States District Judge